**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR-22-106-RAW |
| **DENNIS HEBERT,** | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO PLEA

COMES NOW Defendant Dennis Hebert, by and through his counsel, Whitney R. Mauldin, and offers notice to this Court of Defendant's intent to plead guilty to the Indictment with a plea agreement.

Respectfully submitted,

*s/ Whitney R. Mauldin*
Whitney R. Mauldin, OBA #22228
whitney.mauldin@outlook.com
5103 S. Sheridan Rd. No. 144
Tulsa, OK 74145
Telephone: (918) 557-1124
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I certify that on the 6th day of January, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Anthony Merek
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150

                *s/Whitney R. Mauldin*
                Whitney R. Mauldin