# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-22-106-RAW |
| v. | ) | Date: 01/11/2023 |
| DENNIS HEBERT, | ) | Time: 2:28 p.m. – 2:30 p.m. |
| Defendant. | ) | |

## MINUTE SHEET
## SAID CAUSE CAME ON FOR CHANGE OF PLEA

U.S. Magistrate Judge, Jason A. Robertson     Rachel Keeling, Deputy Clerk     FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:   Anthony Marek, AUSA (in person)
Counsel for Defendant:  Whitney Mauldin, Appt (in person)

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

**MINUTES**: Said cause came on for Change of Plea Hearing. Defendant announces he does not wish to change his plea of not guilty GRANTED (JAR). Government announces there will be no further plea offers. Defendant announces he does not wish to accept the plea agreement that was offered. Nothing further by either party. Defendant remanded to custody of U.S. Marshal.

Court adjourned.

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: RK