IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

   *Plaintiff,*

v.

DENNIS HEBERT,

   *Defendant.*

Case No. CR-22-106-RAW

FILED
MAY 10 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
[ 18 U.S.C. § 2241(c), 2246(2)(A), 1151, & 1152 ]

  Between on or about July 20, 2021, and on or about July 21, 2021, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **DENNIS HEBERT**, a non-Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis of the Defendant and the anus of K.D., an Indian, who had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151, and 1152.

CHRISTOPHER J. WILSON
United States Attorney

_____ for
ANTHONY C. MAREK MI BAR# P76767
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY